Michael R. D'ALESSANDRO, Plaintiff–Appellant,

v.

The COUNTY OF MONTGOMERY; Montgomery County Sheriff; John Doe, Sheriff's Officer; Richard Doe, Sheriff's Officer; Shady Grove Adventist Hospital; Hashmeth, M.D.; Defendants 1–10 (real names unknown), Defendants–Appellees.

No. 09–7707.

United States Court of Appeals, Fourth Circuit.

Submitted: May 20, 2010.

Decided: May 24, 2010.

Michael Richard D'Alessandro, Appellant Pro Se. Patricia Lisehora Kane, County Attorney's Office, Rockville, Maryland, for Appellees.

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael R. D'Alessandro appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *D'Alessandro v. County of Montgomery,* No. 8:08–cv–02841–PJM, 2009 WL 2596479 (D. Md. filed Aug. 14, 2009; entered Aug. 17, 2009; Dec. 17, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*